UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY SCOTT BOSMA,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
INSURANCE AND FINANCIAL
SERVICES,

    Defendant.

Case No. 21-cv-11398
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Court's Order (1) Adopting Recommended Disposition of Report and Recommendation (ECF No. 31); (2) Granting Defendant's Motion for Summary Judgment (ECF No. 23.); (3) Denying Plaintiff's Motion for Appointment of Counsel (ECF No. 28); and (4) Dismissing Plaintiff's Claims, dated December 9, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

                KINIKIA ESSIX
                CLERK OF COURT

By:   s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 9, 2021
Flint, Michigan